August 1, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

### CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, Appellant

NO. 14-16-00466-CV                    V.

### COTTON COMMERCIAL USA, INC. F/K/A COTTONWOOD DEBRIS COMPANY, LLC, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Cotton Commercial USA, Inc. f/k/a Cottonwood Debris Company, LLC, signed, May 11, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Clear Creek Independent School District, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.